IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RAFAEL CERROS and ALEGRIA MUSICAL LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT, CITY OF NORTH LAS VEGAS, BROAD ACRES SWAP MEET, RECORDING INDUSTRY ASSOCIATION OF AMERICA, BOB OROZCO, and DOES I-V, inclusive, and ROES I-V, inclusive,<br><br>Defendants. | Case No. 2:06-CV-647-LRH-PAL<br><br>**JUDGMENT** |

The above-entitled matter having come before the Court for entry of Judgment pursuant to the Stipulation and Order (the "Stipulation") by Plaintiffs RAFAEL CERROS and ALEGRIA MUSICAL LLC and Defendants CITY OF NORTH LAS VEGAS and the NORTH LAS VEGAS POLICE DEPARTMENT (jointly referred to as the "City"), and having considered the Stipulation and all papers, pleadings and documents on file herein, and the Court being fully advised,

00008139.WPD; 1 PD-0666

IT IS ORDERED, ADJUDGED, and DECREED that the above-entitled action against the City is DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorneys' fees incurred herein.

DATED this 12th day of June, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE